UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BYRON JOSEPH KNOX                                                                                      PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:18-CV-889-DPJ-FKB

DR. ANTHONY J. CHAMBERS, ET AL.                                                          DEFENDANTS

ORDER

On December 4, 2020, United States Magistrate Judge F. Keith Ball entered a Report and Recommendation [73] in this *Bivens* case.[1]  Judge Ball recommended the Court grant Defendants' Motion for Summary Judgment [56] based on pro se Plaintiff Byron Joseph Knox's failure to exhaust his administrative remedies.  Knox did not file written objections to the Report and Recommendation, and the time to do so has now expired.  Having reviewed the unopposed Report and Recommendation, the Court finds it should be adopted as its opinion.

It is therefore ordered that the Report and Recommendation [73] of United States Magistrate Judge F. Keith Ball is hereby adopted as the finding of this Court.  Defendants' Motion for Summary Judgment [56] is granted, and this case is dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 29th day of December, 2020.

                                                                                s/ *Daniel P. Jordan III*
                                                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).